MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com

GEORGE E. MCLAUGHLIN, ESQ. (Admitted *Pro Hac Vice*)
McDermott, Hansen & McLaughlin, LLP
1890 Gaylord Street
Denver, CO 80206
Telephone: (303) 399-6037
Facsimile: (303) 506-0694
Email: gmclaughlin@mhmlawfirm.com

Attorneys for Plaintiffs

S. MARK VARNEY - 121129
GARRETT SANDERSON, III – 131026
PETER H. CRUZ – 220850
Carroll, Burdick & Mcdonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   (415) 989-5900
Facsimile:    (415) 989-0932
Email: gsanderson@cbmlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, LENA J. TYRON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR., Individually and as Successor in Interest to Victoria DiSilvestro; CARL DISILVESTRO, | Case No. 09-CV-06027 MHP<br><br>STIPULATION AND [PROPOSED] ORDER APPOINTING LENA J. TRYON AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VICTORIA DISILVESTRO |

1

| | |
|---|---|
| 1 | a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, MARY DISILVESTRO, |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | vs. |
| 6 | SUNBEAM PRODUCTS, INC., |
| 7 | Defendant. |

It is hereby stipulated by and between the parties, Plaintiffs, Anthony Bookhamer, by and through his Guardian ad Litem, Lena J. Tryon; Lena J. Tryon, as Personal Representative of the Estate of Victoria DiSilvestro; Charles Thomas Martin, Jr.; and Carl DiSilvestro, a minor, by and through his Guardian ad Litem, Mary DiSilvestro; and Defendant Sunbeam Products, Inc. that Lena J. Tryon may be appointed personal representative of the Estate of Victoria DiSilvestro.

The basis of this stipulation is that Lena J. Tryon is authorized by Decedent's Successors in Interest to act on their behalf. See Declaration of Lena J. Tryon, which was filed on December 23, 2009 with the Complaint. Decedent Victoria DiSilvestro was the daughter of Ms. Tryon. Decedent died in Crescent City, California. There was and continues to be no proceeding pending in California for the administration of Decedent's Estate. Ms. Tryon is authorized to act on behalf of Decedent's Successors in Interest with respect to Decedent's interest in this action. Ms. Tryon is the Guardian ad Litem for Plaintiff Anthony Bookhamer and has been authorized by the only other Successors in Interest, Charles Thomas Martin, Jr. and Carl DiSilvestro, by and through his Guardian ad Litem Mary DiSilvestro, to act on their behalf in this action. There, however, is no court order appointing Ms. Tryon as the Personal Representative of the Estate of Victoria DiSilvestro. The parties, therefore, stipulate to Ms. Tryon being appointed Personal Representative of the Estate of Victoria DiSilvestro so that a court order may be issued to that effect.

2

STIPULATION AND [PROPOSED] ORDER APPOINTING LENA J. TRYON AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VICTORIA DISILVESTRO

IT IS SO STIPULATED.

DATED: June 18, 2010          MARY ALEXANDER & ASSOCIATES, P.C.

By: /s/ Jennifer Fiore
Mary E. Alexander, Esq.
Jennifer L. Fiore, Esq.
*Attorneys for Plaintiffs*

DATED: June 18, 2010          CARROLL, BURDICK & MCDONOUGH, LLP

By: /s/
S. Mark Varney, Esq.
Garrett Sanderson, III, Esq.
Peter H. Cruz, Esq.
*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED. Lena J. Tryon is hereby appointed Personal Representative of the Estate of Victoria DiSilvestro.

DATED: 6/22, 2010          /s/
THE HONORABLE MARILYN HALL PATEL

---

3

STIPULATION AND [PROPOSED] ORDER APPOINTING LENA J. TRYON AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VICTORIA DISILVESTRO