


MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com

GEORGE E. MCLAUGHLIN, ESQ. (Admitted *Pro Hac Vice)*
Burg Simpson
40 Inverness Drive East
Denver, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
Email: gmclaughlin@burgsimpson.com

Attorneys for Plaintiffs

S. MARK VARNEY - 121129
GARRETT SANDERSON, III – 131026
PETER H. CRUZ – 220850
Carroll, Burdick & Mcdonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:    (415) 989-5900
Facsimile:    (415) 989-0932
Email: gsanderson@cbmlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR.; CARL DISILVESTRO, a minor, by and through his Guardian ad Litem, MARY DISILVESTRO, | Case No. 09-CV-06027 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A THIRD-AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS
TO FILE A THIRD-AMENDED COMPLAINT




| | |
|---|---|
| Plaintiffs, | ) |
| vs. | ) |
| SUNBEAM PRODUCTS, INC., | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties, Plaintiffs, Anthony Bookhamer, by and through his Guardian ad Litem, Lena J. Tryon; Lena J. Tryon, as Personal Representative of the Estate of Victoria DiSilvestro; Charles Thomas Martin, Jr.; and Carl DiSilvestro, a minor, by and through his Guardian ad Litem, Mary DiSilvestro; and Defendant Sunbeam Products, Inc. that Plaintiffs may file a third amended complaint.

The basis of this stipulation is that Plaintiffs filed their Second Amended Complaint on August 18, 2010, before receiving the Court's Order of August 25, 2010 on Sunbeam Products, Inc.'s Motion to Strike. Plaintiffs filed by August 18 based upon their understanding of the Civil Pretrial Minutes after the hearing, which stated "Ordered After Hearing: . . . "2nd amended complaint to be filed within 30 days of order."

On August 25, 2010, the Court issued the Order on Sunbeam Product, Inc.'s Motion to Strike, providing that Plaintiffs have 30 days to file an amended complaint. Since the Second Amended Complaint does not fully comply with the Court's August 25, 2010 Order, Plaintiffs seek leave to file a third-amended complaint. Defendant agrees that Plaintiffs may file a third amended complaint consistent with the August 25, 2010 Order, which provides:

> Within thirty (30) days of the date of this order, plaintiffs shall file a second amended complaint in compliance with this order. Defendant shall file an answer within thirty (30) days of the filing of the amended complaint.

///

///

///

1   IT IS SO STIPULATED.

2   DATED: September 2, 2010         MARY ALEXANDER & ASSOCIATES, P.C.

3

4                                    By:    /s/ Mary E. Alexander
                                            Mary E. Alexander, Esq.
5                                           Jennifer L. Fiore, Esq.
                                            *Attorneys for Plaintiffs*
6

7   DATED: September 2, 2010         CARROLL, BURDICK & McDONOUGH, LLP

8

9                                    By:    /s/ Garrett Sanderson, III
                                            S. Mark Varney, Esq.
10                                          Garrett Sanderson, III, Esq.
                                            Peter H. Cruz, Esq.
11                                          *Attorneys for Defendant*

12

13

14       PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs may file a third

15  amended complaint by September 24, 2010.  Defendant shall file an answer within thirty (30)

16  days of the filing of the third amended complaint.

17

18  DATED:   9/8      , 2010          _____
19                                    THE HONORABLE MARILYN H. PATEL

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS
TO FILE A THIRD-AMENDED COMPLAINT