MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com

Attorneys for Plaintiffs

S. MARK VARNEY - 121129
GARRETT SANDERSON, III – 131026
Carroll, Burdick & Mcdonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:     (415) 989-5900
Facsimile:     (415) 989-0932
Email: gsanderson@cbmlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR.; CARL DISILVESTRO, a minor, by and through his Guardian ad Litem, MARY DISILVESTRO,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>　　　Defendant. | Case No. 09-CV-06027 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE DATE AND THE MEDIATION COMPLETION DATE** |

1    It is hereby stipulated by and between the parties, Plaintiffs, Anthony Bookhamer, by and
2 through his Guardian ad Litem, Lena J. Tryon; Lena J. Tryon, as Personal Representative of the
3 Estate of Victoria DiSilvestro; Charles Thomas Martin, Jr.; and Carl DiSilvestro, a minor, by and
4 through his Guardian ad Litem, Mary DiSilvestro; and Defendant Sunbeam Products, Inc. that the
5 October 18, 2010 Case Management Conference and last day to complete mediation be continued.

6    The basis of this stipulation is that the parties were not in a position to mediate by the
7 deadline of October 1, 2010, because the pleadings have not yet been finalized and necessary
8 discovery has yet to be completed.  Sunbeam's answer is due by October 22, 2010 and the parties
9 anticipate being in a position to conclude initial discovery and mediate within approximately 120
10 days.  The parties, therefore, stipulate and respectfully request that the Court continue the last day
11 to complete mediation to February 28, 2011.

12    The parties have agreed to participate in a mediation with Jerry Spolter, Esq. of JAMS
13 Endispute on February 24, 2011.

14    The parties also stipulate and request that the Case Management Conference be continued
15 to a date that is convenient for the Court and at a time that the parties can update the Court on the
16 discovery process.

23 ///
24 ///
25 ///
26 ///
27 ///

IT IS SO STIPULATED.

DATED: October 8, 2010   MARY ALEXANDER & ASSOCIATES, P.C.

By: *[signature]*
Mary E. Alexander, Esq.
Jennifer L. Fiore, Esq.
*Attorneys for Plaintiffs*

DATED: October 8, 2010   CARROLL, BURDICK & MCDONOUGH, LLP

By: *[signature]*
S. Mark Varney, Esq.
Garrett Sanderson, III, Esq.
Peter H. Cruz, Esq.
*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The last day to complete mediation is continued to: February 28, 2011.

A further case management conference is set for March 21, 2011 at 3:00 p.m.

DATED: 10/12, 2010

THE HONORABLE MARILYN HALL PATEL

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE DATE AND THE MEDIATION COMPLETION DATE