1   S. Mark Varney, No. 121129
    Garrett Sanderson III, No. 131026
2   **CARROLL, BURDICK & McDONOUGH** LLP
    Attorneys at Law
3   44 Montgomery Street, Suite 400
    San Francisco, CA  94104
4   Telephone:     415.989.5900
    Facsimile:      415.989.0932
5   Email:          mvarney@cbmlaw.com
                     gsanderson@cbmlaw.com
6
    Steve Moffett, *admitted pro hac vice*
7   Thomas L. Vitu, *admitted pro hac vice*
    **MOFFETT, VITU, LASCOE & PACKUS, P.C.**
8   255 E. Brown Street, Suite 340
    Birmingham, MI  48009
9   Telephone:     248.646.5100
    Facsimile:      248.646.5332
10
    Attorneys for Defendant
11  SUNBEAM PRODUCTS, INC.

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**

15  ANTHONY BOOKHAMER, a minor,          No. 09-CV-06027 MHP
    Individually and as Successor in Interest
16  to Decedent Victoria DiSilvestro, by    **JOINT REQUEST TO CONTINUE CASE**
    and through his Guardian ad Litem,      **MANAGEMENT CONFERENCE TO MAY 2,**
17  LENA J. TYRON; LENA J. TYRON,          **2011, AT 3:00 P.M.; ~~PROPOSED~~ ORDER**
    as Personal Representative of the Estate
18  of Victoria DiSilvestro; CHARLES
    THOMAS MARTIN, JR., Individually
19  and as Successor in Interest to Victoria
    DiSilvestro; CARL DISILVESTRO, a
20  minor, Individually and as Successor in
    Interest to Decedent Victoria
21  DiSilvestro, by and through his
    Guardian ad Litem, MARY
22  DISILVESTRO,

23                   Plaintiffs,

24         v.

25  SUNBEAM PRODUCTS, INC.,

26                   Defendant.

27

28

CBM-PRODUCTS\SF505409

1    The parties, by and through their respective attorneys of record, respectfully request

2    that the Case Management Conference in this case, which is currently scheduled at 3:00 p.m. on

3    March 21, 2011, be continued to May 2, 2011, at 3:00 p.m.  Trial counsel for Sunbeam has some

4    conflicts on March 21, 2011.

5    It is so stipulated.

6

7    Dated:  March 11, 2011                         Dated:  March 11, 2011

8    THE LAW OFFICES OF MARY ALEXANDER        CARROLL BURDICK & MCDONOUGH LLP

9

10

11          /s/                                              /s/
     Mary Alexander                              Garrett Sanderson III
12   Attorneys for Plaintiffs                     Attorneys for Defendant Sunbeam Products, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-PRODUCTS\SF505409                     -2-

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER          NO. 09-CV-06027 MHP

1

## [Proposed] ORDER

2

3          Based upon the stipulation of the parties' respective counsel, IT IS ORDERED

4   that the Case Management Conference is continued to May 2, 2011, at 3:00 p.m.

5

6   Dated:  __3/14/2011_____

7

8                                                    IT IS SO ORDERED

         Honor
9        Judge                                         t Court
         Norther

10                                            Judge Marilyn H. Patel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28