UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, | No. C-09-06027-EMC (DMR) |
| Plaintiff(s), | **ORDER RE PENDING HEARING ON DEFENDANT SUNBEAM PRODUCTS, INC.'S MOTION AND PETITION IN OKLAHOMA** |
| v. | |
| SUNBEAM PRODUCTS INC, | |
| Defendant(s). | |

The court is in receipt of the parties' joint discovery letter of December 2, 2011. [Docket No. 50.] The parties have indicated that Defendant Sunbeam Products, Inc. has filed a petition for disclosure of confidential records with the Oklahoma Department of Human Services, the hearing for which is scheduled for December 14, 2011. [Docket Nos. 50-51.] The court ORDERS that the parties shall take the hearing for the petition off calendar pending the resolution of the present discovery dispute or, by no later than December 9, 2011, submit a joint letter to the court not exceeding two pages setting forth the reasons why the parties cannot comply with this order.

IT IS SO ORDERED.

Dated: December 6, 2011



DONNA M. RYU
United States Magistrate Judge