MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR.; CARL DISILVESTRO, a minor, by and through his Guardian ad Litem, MARY DISILVESTRO, <br><br>   Plaintiffs, <br><br> vs. <br><br> SUNBEAM PRODUCTS, INC., <br><br>   Defendant. | Case No. 09-CV-06027 EMC (DMR) <br><br> **PLAINTIFFS' REQUEST FOR A FURTHER CASE MANAGEMENT CONFERENCE** |

This action was filed on December 23, 2009 and initially assigned to the Honorable Marilyn Hall Patel (now retired). The action was reassigned to this Court on June 6, 2011.

On June 21, 2011, the parties filed a Joint Further Case Management Conference Statement in accordance with the June 6, 2011 Order. Plaintiffs requested that a further conference be set at that time. Defendant requested that a case management conference be set no

1 earlier than October 2011.

2 On December 21, 2011, Plaintiffs' counsel requested that Defendant Sunbeam Products Inc. stipulate to the setting of a case management conference since it had been some time since the case was reassigned. (A true and correct copy of the stipulation presented to Sunbeam's counsel, Garrett Sanderson III, is attached as Exhibit 1.)

On December 22, 2011, defense counsel, Stephen Moffett, advised that they were unable to consent to the setting of a conference at this time.

Plaintiffs respectfully request that a case management conference be set so that pretrial and trial dates can be set in order to move this matter (which has been pending for two years) more expeditiously.

Respectfully submitted,

DATED: December 23, 2011      MARY ALEXANDER & ASSOCIATES, P.C.


By: _____/s/_____
    Mary E. Alexander, Esq.
    Jennifer L. Fiore, Esq.
    *Attorneys for Plaintiffs*

**EXHIBIT 1**

1  MARY E. ALEXANDER, ESQ. (SBN: 104173)
   JENNIFER L. FIORE, ESQ. (SBN: 203618)
2  SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
   Mary Alexander & Associates, P.C.
3  44 Montgomery Street, Suite 1303
4  San Francisco, CA 94104
   Telephone: (415) 433-4440
5  Facsimile: (415) 433-5440
6  Email: malexander@maryalexanderlaw.com

7  Attorneys for Plaintiffs

8  S. MARK VARNEY - 121129
   GARRETT SANDERSON, III – 131026
9  Carroll, Burdick & Mcdonough, LLP
10 44 Montgomery Street, Suite 400
   San Francisco, CA 94104
11 Telephone:    (415) 989-5900
   Facsimile:    (415) 989-0932
12 Email: gsanderson@cbmlaw.com

13 Attorneys for Defendant

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR.; CARL DISILVESTRO, a minor, by and through his Guardian ad Litem, MARY DISILVESTRO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>    Defendant. | Case No. 09-CV-06027 EMC (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE** |

1

STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE

1     It is hereby stipulated by and between the parties, Plaintiffs, Anthony Bookhamer; Lena J. Tryon, as Personal Representative of the Estate of Victoria DiSilvestro; Charles Thomas Martin, Jr.; and Carl DiSilvestro; and Defendant Sunbeam Products, Inc. that a Case Management Conference be set.

    IT IS SO STIPULATED.

DATED: December ___, 2011    MARY ALEXANDER & ASSOCIATES, P.C.

By: _____
    Mary E. Alexander, Esq.
    Jennifer L. Fiore, Esq.
    *Attorneys for Plaintiffs*

DATED: December ___, 2011    CARROLL, BURDICK & MCDONOUGH, LLP

By: _____
    S. Mark Varney, Esq.
    Garrett Sanderson, III, Esq.
    *Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

A case management conference is set for   1/20/12   at 9:00 a.m. A joint CMC Statement shall be filed by 1/13/12.

DATED:   12/28  , 2011   _____
THE HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA