S. Mark Varney, No. 121129
Garrett Sanderson III, No. 131026
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:     415.989.5900
Facsimile:     415.989.0932
Email:     mvarney@cbmlaw.com
          gsanderson@cbmlaw.com

Steve Moffett, *admitted pro hac vice*
Thomas L. Vitu, *admitted pro hac vice*
**MOFFETT, VITU, LASCOE & PACKUS, P.C.**
255 E. Brown Street, Suite 340
Birmingham, MI 48009
Telephone:     248.646.5100
Facsimile:     248.646.5332

Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, LENA J. TYRON; LENA J. TYRON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR., Individually and as Successor in Interest to Victoria DiSilvestro; CARL DISILVESTRO, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, MARY DISILVESTRO, <br><br> Plaintiffs, <br><br> v. <br><br> SUNBEAM PRODUCTS, INC., <br><br> Defendant. | No. 09-CV-06027 EMC (DMR) <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE HEARING TO JANUARY 19, 2012 |

CBM-PRODUCTS\SF537166

1    Upon consideration of the stipulation of the parties, and for good cause

2    appearing, it is ORDERED that the hearing on the parties' joint discovery letter (Docket

3    Number 50) presently scheduled for hearing on January 12, 2012, is continued to January

4    19, 2012, at _____ 10:00 __ a.m.

5

6

7    Dated: January 9, 2012

8    _____
     Honorable Donna M. Ryu
9    Magistrate Judge of the U.S. District Court
     Northern District of California
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-PRODUCTS\SF537166
                                          -4-
[PROPOSED] ORDER GRANTING STIPULATION TO CONT. HEARING          NO. 09-CV-06027 EMC (DMR)