S. Mark Varney, No. 121129
Garrett Sanderson III, No. 131026
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:          mvarney@cbmlaw.com
                    gsanderson@cbmlaw.com

Steve Moffett, *admitted pro hac vice*
Thomas L. Vitu, *admitted pro hac vice*
**MOFFETT, VITU, LASCOE & PACKUS, P.C.**
255 E. Brown Street, Suite 340
Birmingham, MI 48009
Telephone:   248.646.5100
Facsimile:    248.646.5332

Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, LENA J. TYRON; LENA J. TYRON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR., Individually and as Successor in Interest to Victoria DiSilvestro; CARL DISILVESTRO, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, MARY DISILVESTRO,<br><br>   Plaintiffs,<br><br>   v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>   Defendant. | No. 09-CV-06027 EMC (DMR)<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO CONTINUE HEARING TO JANUARY 19, 2012 |
CBM-PRODUCTS\SF537166

1  Upon consideration of the stipulation of the parties, and for good cause
2  appearing, it is ORDERED that the hearing on the parties' joint discovery letter (Docket
3  Number 50) presently scheduled for hearing on January 12, 2012, is continued to January
4  19, 2012, at __10:00__ _a_.m.

5

6

7  Dated: January 9, 2012

8  _____
   Honorable Donna M. Ryu
9  Magistrate Judge of the U.S. District Court
   Northern District of California

*IT IS SO ORDERED AS MODIFIED*
*Donna M. Ryu*

---

CBM-PRODUCTS\SF537166  -4-

[PROPOSED] ORDER GRANTING STIPULATION TO CONT. HEARING    NO. 09-CV-06027 EMC (DMR)