UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BOOKHAMER,

        Plaintiff(s),

     v.

SUNBEAM PRODUCTS INC,

        Defendant(s).
_____/

No. C 09-6027 EMC (DMR)

**ORDER RE PARTIES' JOINT DISCOVERY LETTER [DOCKET NO. 73]**

The court hereby ORDERS Defendant to lodge with the Court by no later than noon on Tuesday, September 11, 2012 for *in camera* review (1) the instructions that counsel provided to the investigators hired to research Carl Bookhammer, Sr.'s criminal history and (2) unredacted versions of all notes created by the investigators as a result of their interviews with Lena Tryon and Susan Hazel.  The court further instructs Defendant's counsel to desist from discussing the interviews' contents with the investigators during the pendency of this discovery dispute.

IT IS SO ORDERED.

Dated:  September 7, 2012



_____
DONNA M. RYU
United States Magistrate Judge