1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BOOKHAMER,                           No. C-09-6027 EMC (DMR)

        Plaintiff(s),              **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTERS**

    v.

SUNBEAM PRODUCTS INC,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The court is in receipt of the parties' joint letters regarding their discovery disputes. [Docket Nos. 73, 74, 76.] The parties are ORDERED to re-file Docket No. 73 as a Joint Discovery Letter in accordance with the court's standing order. [*See* Docket No. 54.]

     In addition, you are hereby notified that a hearing regarding the disputes is set for September 27, 2012 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

     IT IS SO ORDERED.


Dated:  September 14, 2012

                                _____
                                  DONNA M. RYU
                                  United States Magistrate Judge