UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER,<br><br>        Plaintiff(s),<br><br>   v.<br><br>SUNBEAM PRODUCTS INC,<br><br>        Defendant(s).<br>_____/ | No. C-09-6027 EMC (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTERS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letters regarding their discovery disputes. [Docket Nos. 73, 74, 76.] The parties are ORDERED to re-file Docket No. 73 as a Joint Discovery Letter in accordance with the court's standing order. [*See* Docket No. 54.]

    In addition, you are hereby notified that a hearing regarding the disputes is set for September 27, 2012 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

    IT IS SO ORDERED.

Dated: September 14, 2012

                                            DONNA M. RYU<br>                                            United States Magistrate Judge