UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER,<br><br>          Plaintiff(s),<br><br>     v.<br><br>SUNBEAM PRODUCTS INC,<br><br>          Defendant(s). | No. C 09-06027 MMC (DMR)<br><br>**ORDER RE JOINT DISCOVERY LETTER OF SEPTEMBER 5, 2012**<br>**[DOCKET NO. 74]** |

At the hearing conducted on this discovery dispute on September 27, 2012, the court took the matter under submission after ordering the parties to submit the following materials for *in camera* review by no later than October 3, 2012:

Defendant shall submit (1) the Oklahoma state and family court records that Defendant believes impeach Mary DiSilvestro's deposition testimony that she lacked knowledge of Victoria DiSilvestro's drug use and neglect of her children, and (2) the specific portions of Mary DiSilvestro's deposition testimony in which she asserts this lack of knowledge; and Plaintiffs shall submit the specific portions of the deposition testimony of Anthony Bookhamer's and Carl DiSilvestro's fathers which Plaintiffs contend obviate Defendant's need to redepose Mary DiSilvestro.

IT IS SO ORDERED.

Dated: September 27, 2012

DONNA M. RYU
United States Magistrate Judge