MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com

Attorneys for Plaintiffs

S. MARK VARNEY - 121129
GARRETT SANDERSON, III – 131026
Carroll, Burdick & Mcdonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   (415) 989-5900
Facsimile:   (415) 989-0932
Email: gsanderson@cbmlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR.; CARL DISILVESTRO, a minor, by and through his Guardian ad Litem, MARY DISILVESTRO,<br><br>      Plaintiffs,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>      Defendant. | Case No. 09-CV-06027 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE RYU; AND PLAINTIFFS' MOTION TO KEEP DISCOVERY OPEN AND EXTEND THE NON-EXPERT DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE OF COMPLETING DEPOSITIONS** |

It is hereby stipulated by and between the parties, Plaintiffs, Anthony Bookhamer, by and through his Guardian ad Litem, Lena J. Tryon; Lena J. Tryon, as Personal Representative of the Estate of Victoria DiSilvestro; Charles Thomas Martin, Jr.; and Carl DiSilvestro; and Defendant Sunbeam Products, Inc. that there will be a shortened briefing schedule on (1) Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88) and (2) Plaintiffs' Motion for Relief from Nondispositive Motion of Magistrate Judge Ryu (Docket No. 86).

The parties, therefore, stipulate at follows:

1. Defendant will file its opposition to Plaintiffs' Motion for Relief from Nondispositive Motion of Magistrate Judge Ryu (Docket No. 86) by October 17, 2012.

2. Defendant will file its opposition to Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88) by October 17, 2012.

3. Plaintiffs will file any reply to Defendant's Opposition to Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88) by October 19, 2012.

4. The parties agree that both motions may be deemed submitted on the papers.

IT IS SO STIPULATED.

DATED: October 11, 2012  MARY ALEXANDER & ASSOCIATES, P.C.

By: /s/ Mary E. Alexander
Mary E. Alexander, Esq.
*Attorneys for Plaintiffs*

DATED: October 11, 2012  CARROLL, BURDICK & MCDONOUGH, LLP

By: /s/ S. Mark Varney
S. Mark Varney, Esq.
Garrett Sanderson, III, Esq.
*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Defendant shall have until October 17, 2012 to file an opposition to Plaintiffs' Motion for Relief from Nondispositive Motion of Magistrate Judge Ryu (Docket No. 86).

2. Defendant shall have until October 17, 2012 to file an opposition to Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88).

3. Plaintiffs shall have until October 19, 2012 to file a reply to Defendant's Opposition to Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88).

DATED: 10/15, 2012

THE HONORABLE EDWARD M. CHEN