1 MARY E. ALEXANDER, ESQ. (SBN: 104173)
2 JENNIFER L. FIORE, ESQ. (SBN: 203618)
Mary Alexander & Associates, P.C.
3 44 Montgomery Street, Suite 1303
San Francisco, CA 94104
4 Telephone: (415) 433-4440
Facsimile: (415) 433-5440
5 Email: malexander@maryalexanderlaw.com

6 Attorneys for Plaintiffs

7
S. MARK VARNEY - 121129
8 GARRETT SANDERSON, III – 131026
Carroll, Burdick & Mcdonough, LLP
9 44 Montgomery Street, Suite 400
10 San Francisco, CA 94104
Telephone:    (415) 989-5900
11 Facsimile:    (415) 989-0932
Email: gsanderson@cbmlaw.com
12
13 Attorneys for Defendant

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16

17 ANTHONY BOOKHAMER, a minor, by and ) Case No. 09-CV-06027 MHP
through his Guardian ad Litem, LENA J. )
18 TRYON; LENA J. TRYON, as Personal ) **STIPULATION AND [PROPOSED]**
Representative of the Estate of Victoria ) **ORDER REGARDING BRIEFING**
19 DiSilvestro; CHARLES THOMAS MARTIN, ) **SCHEDULE ON PLAINTIFFS' MOTION**
JR.; CARL DISILVESTRO, a minor, by and ) **FOR RELIEF FROM NONDISPOSITIVE**
20 through his Guardian ad Litem, MARY ) **PRETRIAL ORDER OF MAGISTRATE**
DISILVESTRO, ) **JUDGE RYU; AND PLAINTIFFS'**
21 ) **MOTION TO KEEP DISCOVERY OPEN**
22     Plaintiffs, ) **AND EXTEND THE NON-EXPERT**
) **DISCOVERY CUT-OFF FOR THE**
23 vs. ) **LIMITED PURPOSE OF COMPLETING**
) **DEPOSITIONS**
24 SUNBEAM PRODUCTS, INC., )
)
25     Defendant. )
)
26                                    )

27

1

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE ON PLAINTIFFS' MOTIONS

1  It is hereby stipulated by and between the parties, Plaintiffs, Anthony Bookhamer, by and through his Guardian ad Litem, Lena J. Tryon; Lena J. Tryon, as Personal Representative of the Estate of Victoria DiSilvestro; Charles Thomas Martin, Jr.; and Carl DiSilvestro; and Defendant Sunbeam Products, Inc. that there will be a shortened briefing schedule on (1) Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88) and (2) Plaintiffs' Motion for Relief from Nondispositive Motion of Magistrate Judge Ryu (Docket No. 86).

The parties, therefore, stipulate at follows:

1. Defendant will file its opposition to Plaintiffs' Motion for Relief from Nondispositive Motion of Magistrate Judge Ryu (Docket No. 86) by October 17, 2012.

2. Defendant will file its opposition to Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88) by October 17, 2012.

3. Plaintiffs will file any reply to Defendant's Opposition to Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited Purpose of Completing Depositions (Docket No. 88) by October 19, 2012.

4. The parties agree that both motions may be deemed submitted on the papers.

IT IS SO STIPULATED.

DATED: October 11, 2012        MARY ALEXANDER & ASSOCIATES, P.C.

By: /s/ Mary E. Alexander
    Mary E. Alexander, Esq.
    *Attorneys for Plaintiffs*

DATED: October 11, 2012        CARROLL, BURDICK & MCDONOUGH, LLP

By: /s/ S. Mark Varney
    S. Mark Varney, Esq.
    Garrett Sanderson, III, Esq.
    *Attorneys for Defendant*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
2  1.  Defendant shall have until October 17, 2012 to file an opposition to Plaintiffs'
3  Motion for Relief from Nondispositive Motion of Magistrate Judge Ryu (Docket No. 86).
4  2.  Defendant shall have until October 17, 2012 to file an opposition to Plaintiffs'
5  Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-Off for the Limited
6  Purpose of Completing Depositions (Docket No. 88).
7  3.  Plaintiffs shall have until October 19, 2012 to file a reply to Defendant's
8  Opposition to Plaintiffs' Motion to Keep Discovery Open and Extend Non-Expert Discovery Cut-
9  Off for the Limited Purpose of Completing Depositions (Docket No. 88).

10
11 DATED: 10/15, 2012                 _____
                                      THE HONORABLE EDWARD M. CHEN