UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BOOKHAMER, *et al.*,

    Plaintiffs,

    v.

SUNBEAM PRODUCTS, INC.,

    Defendant.

No. C-09-6027 EMC (DMR)

**ORDER RE DEFENDANT SUNBEAM PRODUCTS, INC.'S EMERGENCY MOTION FOR EXTRAORDINARY RELIEF**

**(Docket No. 94)**

    Defendant Sunbeam has filed an emergency motion seeking extraordinary relief with this Court on October 16, 2012. The motion concerns Carl Bookhammer, a witness in this case who is allegedly represented by Plaintiffs' counsel. Defendant alleges that Mr. Bookhammer contacted them and stated that Plaintiffs' counsel was attempting to coerce him into making certain statements that he feels to be false in an upcoming deposition.

    All discovery matters (which would include this dispute) have been referred to Magistrate Judge Donna M. Ryu. Docket No. 52. The parties are therefore ORDERED to redirect their motion to Judge Ryu.

    IT IS SO ORDERED.

Dated: October 17, 2012

                                                    EDWARD M. CHEN
                                                    United States District Judge