UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, | No. C 09-06027 DMR |
| Plaintiff(s), | **ORDER** |
| v. | |
| SUNBEAM PRODUCTS INC, | |
| Defendant(s). | |

The court orders the parties to immediately file a copy of Plaintiff's initial Rule 26(a)(2) disclosures and any amendments thereto served upon Defendant before October 30, 2012.

IT IS SO ORDERED.

Dated: November 8, 2012

DONNA M. RYU
United States Magistrate Judge