UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, *et al.*, | No. C-09-6027 EMC (DMR) |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY** |
| SUNBEAM PRODUCTS, INC., | **(Docket No. 132)** |
| Defendant. | |

There are two motions for summary judgment in this case currently set for a hearing on November 30, 2012. On November 16, 2012, Plaintiffs filed a motion for leave to file a sur-reply to the Defendant's reply in one of the motions. Plaintiffs' request states that Defendant "raised additional arguments and new evidence," but does not identify these new arguments, and states only that Plaintiffs wish to present evidence relating to Defendant's "allegations regarding destructive testing of the subject product." Plaintiffs did not file their proposed sur-reply with their motion.

Plaintiffs are therefore **ORDERED** to file a copy of their proposed sur-reply, along with a brief of no longer than three pages, by the end of the day on November 19, 2012. This brief should

///
///
///
///
///
///

address how Plaintiffs meet the standard for filing a sur-reply under Local Rule 7-3(d).  Defendants may file any response in the form of a brief not to exceed three pages by noon on November 20, 2012.

    IT IS SO ORDERED.

Dated: November 19, 2012

_____
EDWARD M. CHEN
United States District Judge