1  S. Mark Varney, No. 121129
   Garrett Sanderson III, No. 131026
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:    415.989.5900
   Facsimile:    415.989.0932
5  Email:        mvarney@cbmlaw.com
                 gsanderson@cbmlaw.com
6
   Stephen T. Moffett, *admitted pro hac vice*
7  Thomas L. Vitu, *admitted pro hac vice*
   **MOFFETT, VITU, LASCOE & PACKUS, P.C.**
8  255 E. Brown Street, Suite 340
   Birmingham, MI  48009
9  Telephone:    248.646.5100
   Facsimile:    248.646.5332
10
   Attorneys for Defendant
11 SUNBEAM PRODUCTS, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  ANTHONY BOOKHAMER, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR., Individually and as Successor in Interest to Victoria DiSilvestro; CARL DISILVESTRO, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, MARY DISILVESTRO,<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendant. | No. 09-CV-06027 EMC (DMR)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO ADVANCE TIME OF NOVEMBER 30, 2012 HEARINGS ON DEFENDANT SUNBEAM PRODUCT INC.'S MOTIONS FOR SUMMARY JUDGMENT |

1  Upon consideration of the stipulation of the parties, and good cause appearing
2  therefore, it is ORDERED that the hearings on Sunbeam Product Inc.'s Motions for
3  Summary Judgment (Docket Nos. 109 and 110) presently set for on November 30, 2012 at [and the Status Conference]
4  1:30 p.m., are moved to November 30, 2012, at ___10:00___ a.m.

Dated:   November 21, 2012

_____
Honorable Edward
Judge of
Northern

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

-4-