| | |
|---|---|
| 1 | S. Mark Varney, No. 121129 |
| | Garrett Sanderson III, No. 131026 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 3 | 44 Montgomery Street, Suite 400 |
| | San Francisco, CA  94104 |
| 4 | Telephone:     415.989.5900 |
| | Facsimile:      415.989.0932 |
| 5 | Email:           mvarney@cbmlaw.com |
| |                        gsanderson@cbmlaw.com |
| 6 | |
| | Stephen T. Moffett, *admitted pro hac vice* |
| 7 | Thomas L. Vitu, *admitted pro hac vice* |
| | **MOFFETT, VITU, LASCOE & PACKUS, P.C.** |
| 8 | 255 E. Brown Street, Suite 340 |
| | Birmingham, MI  48009 |
| 9 | Telephone:     248.646.5100 |
| | Facsimile:      248.646.5332 |
| 10 | |
| | Attorneys for Defendant |
| 11 | SUNBEAM PRODUCTS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 15 | ANTHONY BOOKHAMER, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR., Individually and as Successor in Interest to Victoria DiSilvestro; CARL DISILVESTRO, a minor, Individually and as Successor in Interest to Decedent Victoria DiSilvestro, by and through his Guardian ad Litem, MARY DISILVESTRO, | No. 09-CV-06027 EMC (KAW)  [~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE FROM DECEMBER 21, 2012 TO JANUARY 4, 2013 |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | SUNBEAM PRODUCTS, INC., | |
| 26 | Defendant. | |

1   Upon consideration of the stipulation of the parties, and for good cause
2   appearing, it is ORDERED that the Settlement Conference presently scheduled for
3   December 21, 2012, is continued to January 4, 2013, at 11:00 a.m. before Magistrate
4   Judge Kandis A. Westmore at the U.S. District Court, 1301 Clay Street, Oakland,
5   California 94612.  For courtroom number and floor information, the parties are directed to
6   check the Court's online calendar at http://www.cand.uscourts.gov or call Judge
7   Westmore's Courtroom Deputy, Susan Imbriani, at (510) 637-3525, one week prior to the
8   scheduled settlement conference.
9   The parties shall comply with Judge Westmore's Settlement Conference
10  Standing Order, available online at http://cand.uscourts.gov/kaworders.
11  IT IS SO ORDERED.

13  Date: December 13, 2012

_____
Honorable Kandis A. Westmore
Magistrate Judge of the U.S. District Court
Northern District of California

-2-

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE    09-CV-06027 EMC (KAW)