UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BOOKHAMER, *et al.*,

    Plaintiffs,

    v.

SUNBEAM PRODUCTS, INC.,

    Defendant.

_____/

No. C-09-6027 EMC

**ORDER RE EVIDENTIARY OBJECTIONS TO EXHIBITS**

This case is set for a jury trial to begin February 4, 2013. The parties have submitted pre-trial filings, including a joint list of exhibits with objections and responses. This list contains 1,162 exhibits, a great number of which are the subject of objections.

The parties are therefore **ORDERED** to each submit a list of no more than 15 objections to the most important and representative exhibits for bellwether rulings by this Court by no later than 5:00 PM on January 17, 2013.

IT IS SO ORDERED.

Dated: January 16, 2013

                                                    _____
                                                  EDWARD M. CHEN
                                                  United States District Judge