1  MARY E. ALEXANDER, ESQ. (SBN: 104173)
2  JENNIFER L. FIORE, ESQ. (SBN: 203618)
   SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
3  Mary Alexander & Associates, P.C.
   44 Montgomery Street, Suite 1303
4  San Francisco, CA 94104
   Telephone: (415) 433-4440
5  Facsimile: (415) 433-5440
   Email: malexander@maryalexanderlaw.com
6          jfiore@maryalexanderlaw.com
7
   Attorneys for Plaintiffs
8
9  S. MARK VARNEY - 121129
   GARRETT SANDERSON, III – 131026
10 Carroll, Burdick & McDonough, LLP
   44 Montgomery Street, Suite 400
11 San Francisco, CA 94104
   Telephone: (415) 989-5900
12 Facsimile: (415) 989-0932
13 Email: gsanderson@cbmlaw.com
14
   Attorneys for Defendant
15
16                      UNITED STATES DISTRICT COURT
17                     NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR.; CARL DISILVESTRO, a minor, by and through his Guardian ad Litem, MARY DISILVESTRO,<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendant. | Case No. 09-CV-06027 EMC (DMR)<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Pretrial Conf. Date: January 22, 2013<br>Time: 10:00 a.m.<br>Courtroom: 5, 17th Floor<br>Honorable Edward M. Chen<br><br>Trial: February 4, 2013 |

**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**

1    The parties hereby stipulate, by and through their attorneys of record, that Exhibit 1 to Plaintiffs' Opposition to Sunbeam's Motion in Limine No. 7, should be removed from the public filings because they contain confidential information regarding Plaintiffs and their family.

On Friday, January 11, 2013, Plaintiffs inadvertently gave the confidential exhibit, docket number 241-1, to Sunbeam for filing. This was not Sunbeam's error. The parties had agreed that the moving papers and oppositions to each motion in limine would be filed by the moving party.

The confidential documents in Exhibit 1 are progress notes prepared by Denise Henderson, M.D. of Sacramento County Health. Exhibit 1 was only to be attached to the copy of the opposition served on Defendant and Chamber's copy. It was not intended to be filed with the Court. Plaintiffs inadvertently gave it to Sunbeam to file when giving Sunbeam the electronic version of the opposition papers to file. Plaintiffs stipulate that Sunbeam is not to blame for this and the error was entirely Plaintiffs'.

Plaintiffs, therefore, respectfully request that the Court permanently remove docket entry 241-1 from the public file and the ECF/Pacer website. Sunbeam stipulates that it can be permanently removed from the public file and the ECF/Pacer website.

IT IS SO STIPULATED.

DATED: January 17, 2013          MARY ALEXANDER & ASSOCIATES, P.C.

                                 By:    /s/ Mary E. Alexander
                                        Mary E. Alexander, Esq.
                                        Jennifer L. Fiore, Esq.

                                        George E. McLaughlin, Esq.
                                        *Attorneys for Plaintiffs*

DATED:  January 17, 2013         CARROLL, BURDICK & MCDONOUGH, LLP

                                 By:    /s/ Garrett Sanderson, III
                                        S. Mark Varney, Esq.
                                        Garrett Sanderson, III, Esq.
                                        *Attorneys for Defendant*

1

**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Exhibit 1 to Plaintiffs' Opposition to Sunbeam's Motion in Limine No. 7, Docket entry

3  241-1, shall be permanently removed from the public file and ECF/Pacer website.

4

5  DATED: __1/17_____, 2013    _____

6  THE HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*