UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, *et al.*, | No. C-09-6027 EMC (DMR) |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFFS' REVISED WITNESS LIST** |
| SUNBEAM PRODUCTS, INC., | |
| Defendant. | |

Per this Court's final pre-trial conference order of January 24, 2013, Plaintiffs in this case filed a revised witness list on January 25, 2013. Plaintiffs' revised witness list fails to substantially comply with this Court's pre-trial order. Specifically, Plaintiffs failed to sufficiently reduce the witnesses listed to a number appropriate given the time constraints at trial, and failed to list the time estimated for direct examination of each witness.

By 9:00 a.m. on January 28, 2013, Plaintiffs are therefore ORDERED to submit a new revised witness list. This list shall include the estimated time for direct examination of each witness. The total estimated time shall comport with the time limitations provided in this Court's final pre-trial conference order (including time needed by Plaintiffs for cross examination of adverse witnesses). Failure to comply with this Order will result in Plaintiffs being limited to the first 20 witnesses listed in their next filing.

Defendants specifically object to two of the witnesses listed by Plaintiffs: Anthony Bookhamer and Bill Stevens. For the reasons stated in this Court's order of October 23, 2012, Anthony Bookhamer will not be permitted to testify at trial. As it appears that Defendant was aware

of Bill Stevens as an individual with potentially discoverable information, he shall be permitted to testify at trial.

IT IS SO ORDERED.

Dated: January 28, 2013

_____
EDWARD M. CHEN
United States District Judge