UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, *et al.*, | No. C-09-6027 EMC |
| Plaintiffs, | |
| v. | **ORDER RE COURT'S PROPOSED JURY QUESTIONNAIRE** |
| SUNBEAM PRODUCTS, INC., | |
| Defendant. _____/ | |

Having considered the parties' submissions, attached is the Court's proposed Jury Questionnaire. The Court will ask follow up questions and counsel will each have 15 minutes to voir dire as well. If there are any objections, the parties shall file those objections by **12:00 Noon, Tuesday, January 29, 2013.**

If there are no objections to the proposed Jury Questionnaire, the parties shall inform the Court by the same deadline (Betty P. Lee, Courtroom Deputy Clerk, at 415-522-2034). The Court will provide the electronic document to the parties shortly thereafter. The parties shall then provide 40 copies of the Jury Questionnaire to the Court by **12:00 Noon, Wednesday, January 30, 2013.**

IT IS SO ORDERED.

Dated: January 28, 2013

_____
EDWARD M. CHEN
United States District Judge