UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, *et al.*, | No. C-09-6027 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF'S DESIGNATION OF PHOTOGRAPHS OF ANTHONY BOOKHAMER'S INJURIES** |
| SUNBEAM PRODUCTS, INC., | |
| Defendant. | |

In this Court's final pre-trial conference order, Plaintiffs were directed to propose a finite list of photographs of Anthony Bookhamer's injuries for use at trial. This Court noted that it was "prepared to admit a small number of select photographs that are directly relevant to documentation of injury/damages." Docket No. 289 at 57. On January 28, 2013, Plaintiffs submitted a list of over 60 photographs that they intend to use at trial. Docket No. 304. Having reviewed the photographs and weighed their probative value against the danger of unfair prejudice to Defendant, this Court hereby limits Plaintiffs to the use of no more than 20 photographs at trial.

Plaintiffs are therefore **ORDERED** to submit a list of the photographs that they intend to use at trial by no later than 12:00 PM on January 29, 2013.

IT IS SO ORDERED.

Dated: January 28, 2013

_____
EDWARD M. CHEN
United States District Judge