UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, *et al.*, | No. C-09-6027 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFFS' REVISED WITNESS LIST OF JANUARY 28, 2013** |
| SUNBEAM PRODUCTS, INC., | |
| Defendant. | |

At this Court's direction, Plaintiffs filed a further revised witness list on January 28, 2013. In so doing, however, Plaintiffs stated that they "reserve the right to call any witness that was on a previous list unless otherwise excluded by the Court." This Court will not permit Plaintiffs to call any witness not on their most recent witness list, unless he or she is a true rebuttal witness.

IT IS SO ORDERED.

Dated: January 29, 2013

_____
EDWARD M. CHEN
United States District Judge