MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com
       jfiore@maryalexanderlaw.com

Attorneys for Plaintiffs

S. MARK VARNEY - 121129
GARRETT SANDERSON, III – 131026
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 989-5900
Facsimile: (415) 989-0932
Email: gsanderson@cbmlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOOKHAMER, a minor, by and through his Guardian ad Litem, LENA J. TRYON; LENA J. TRYON, as Personal Representative of the Estate of Victoria DiSilvestro; CHARLES THOMAS MARTIN, JR.; CARL DISILVESTRO, a minor, by and through his Guardian ad Litem, MARY DISILVESTRO, <br><br>Plaintiffs, <br><br>v. <br><br>SUNBEAM PRODUCTS, INC., <br><br>Defendant. | Case No. 09-CV-06027 EMC (DMR) <br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT** <br><br>Pretrial Conf. Date: January 22, 2013 <br>Time: 10:00 a.m. <br>Courtroom: 5, 17th Floor <br>Honorable Edward M. Chen <br><br>Trial: Vacated |

**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**

1  The parties hereby stipulate, by and through their attorneys of record, that Exhibit 2 to
2  Plaintiffs' Opposition to Sunbeam's Motion in Limine No. 6 and Exhibit 6 to Plaintiffs' Notice of
3  Manual Filing of Hard Copies, should be removed from the public filings because they contain
4  confidential information regarding Sunbeam Products, Inc.

5  The confidential information is the deposition transcript of William M. Rowe, Jr. in the
6  Wilkinson v. Sunbeam matter.

7  On Friday, January 11, 2013, Plaintiffs inadvertently gave the confidential exhibit, Docket
8  Number 237-2, to Sunbeam for filing.  Sunbeam filed it, but this was not Sunbeam's error.  The
9  parties had agreed that the moving papers and oppositions to each motion in limine would be filed
10 by the moving party.  Plaintiffs stipulate that Sunbeam is not to blame for this and the error was
11 entirely Plaintiffs'.

12 The parties, therefore, stipulate that the Court can permanently remove Exhibit 2 to
13 Plaintiffs' Opposition to Sunbeam's Motion in Limine No. 6, Docket Number 237-2 from the
14 public file and the ECF/Pacer website, as well as the Exhibit 6 to Plaintiffs' Notice of Manual
15 Filing of hard Copies.

16     IT IS SO STIPULATED.

17 DATED: February 4, 2013                MARY ALEXANDER & ASSOCIATES, P.C.

19                                         By:     /s/ Mary E. Alexander
20                                                Mary E. Alexander, Esq.
                                                  Jennifer L. Fiore, Esq.

21
                                                  George E. McLaughlin, Esq.
22                                                *Attorneys for Plaintiffs*

23 DATED:  February 4, 2013               CARROLL, BURDICK & MCDONOUGH, LLP
24
25                                         By:     /s/ S. Mark Varney
                                                  S. Mark Varney, Esq.
26                                                Garrett Sanderson, III, Esq.
                                                  *Attorneys for Defendant*
27
28 ///

1

**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**

1        PURSUANT TO STIPULATION, IT IS SO ORDERED.

2        Exhibit 2 to Plaintiffs' Opposition to Sunbeam's Motion in Limine No. 6, Docket Number

3  237-2, and Exhibit 6 to Plaintiffs' Notice of Manual Filing of Hard Copies shall be permanently

4  removed from the public file and ECF/Pacer website.

6  DATED: ____2/8_____, 2013    _____
                                  THE HONORABLE EDWARD M. CHEN



2

**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**